1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALBERT CRUZ,

11          Plaintiff,                          No. CIV S-06-1387 DFL PAN P

12          vs.

13   UNKNOWN,

14          Defendant.                          ORDER

15   _____/

16          Plaintiff, a state prisoner at California Medical Facility, has filed a document

17   styled "petition," seeking enforcement of a constitutional issue.  No other pleadings have been

18   filed by the plaintiff.  In order to commence an action, plaintiff must file a complaint as required

19   by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required

20   filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C.

21   §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action

22   has been properly commenced.  Therefore, plaintiff's motion will be denied without prejudice.

23   Plaintiff will be provided the opportunity to file his complaint, and to submit an application

24   requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

25   ─────────────

26        [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the
     filing fee but will be allowed to pay it in installments.

                                              1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's June 22, 2006 petition is denied without prejudice;

3    2.  Plaintiff is granted thirty days from the date of service of this order to file a

4  complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

5  Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned

6  this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also

7  submit, within thirty days from the date of this order, the application to proceed in forma

8  pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

9  Plaintiff's failure to comply with this order will result in a recommendation that this matter be

10  dismissed; and

11    3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a

12  civil rights action, and the application to proceed in forma pauperis by a prisoner.

13  DATED: July 27, 2006.

14

15    _____
        UNITED STATES MAGISTRATE JUDGE

16

17  14/mp
    cruz1387.nocmp
18

19

20

21

22

23

24

25

26

2