IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ,

      Plaintiff,                        No. CIV S-06-1387 DFL PAN (JFM) P

   vs.

UNKNOWN,

      Defendant.            FINDINGS & RECOMMENDATIONS

_____/

      By order filed August 2, 2006, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The order further directed plaintiff to submit, within thirty days, the application to proceed in forma pauperis or the appropriate filing fee. The thirty day period has now expired, and plaintiff has not filed an amended complaint, an application to proceed in forma pauperis, or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
2 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3 F.2d 1153 (9th Cir. 1991).
4 DATED:  September 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
cruz1387.fta