1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALBERT CRUZ,

11          Plaintiff,                    No. CIV S-06-1387 DFL EFB P

12       vs.

13   UNKNOWN,

14          Defendant.                    ORDER
                                    /
15

16      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

17   under 42 U.S.C. § 1983.  On September 26, 2006, a magistrate judge issued findings and

18   recommendations herein recommending dismissal for failure to file a completed *in forma*

19   *pauperis* application or pay the filing and failure to file an amended complaint, all directed by

20   the court on August 2, 2006.  On December 5, 2006, plaintiff filed a completed application to

21   proceed *in forma pauperis*.  The September 26, 2006 findings and recommendations will be

22   vacated.

23       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

24   § 1915(a).  Accordingly, the request to proceed *in forma pauperis* is granted.

25       Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§

26   1914(a), 1915(b)(1).  An initial partial filing fee of $1.02 will be assessed by this order.  28

1

1   U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect

2   the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.

3   Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding

4   month's income credited to plaintiff's prison trust account.  These payments will be forwarded

5   by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account

6   exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

7        Good cause appearing, IT IS HEREBY ORDERED that:

8        1.  The September 26, 2006, findings and recommendations are vacated.

9        2.  Plaintiff's request for leave to proceed in forma pauperis is granted.

10       3.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff

11  is assessed an initial partial filing fee of $1.02.  All fees shall be collected and paid in accordance

12  with this court's order to the Director of the California Department of Corrections and

13  Rehabilitation filed concurrently herewith.

14       4.  Plaintiff has thirty days from the date this order is served in which to file an amended

15  complaint pursuant to the court's August 2, 2006, order.  Failure to timely file an amended

16  complaint will result in a recommendation that this action be dismissed.

17       5.  The Clerk of the Court is directed to serve a copy of the order filed August 2, 2006,

18  with this order.

19  DATED:  January 9, 2007.

20  _____

21  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

2