IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT CRUZ,

      Plaintiff,                    No. CIV S-06-1387 DFL EFB P

    vs.

UNKNOWN,

      Defendant.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 26, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Although plaintiff has filed various documents since the issuance of the findings and recommendations, no objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 26, 2006, are adopted in full; and

2. This action is dismissed. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: 1/15/2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DAVID F. LEVI
　　　　　　　　　　　　　　　　United States District Judge