1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALBERT CRUZ,

11             Plaintiff,                    No. CIV S-06-1387 DFL EFB P

12        vs.

13   UNKNOWN,

14             Defendant.                    ORDER

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action pursuant to 42

17   U.S.C. § 1983.  On September 26, 2006, the magistrate judge issued findings and

18   recommendations recommending dismissal of the action due to plaintiff's failure to timely file

19   both an amended complaint and an application to proceed *in forma pauperis*.  By order filed

20   January 9, 2007, the magistrate judge found that plaintiff had partially complied with the court's

21   August 2, 2006 order by filing an application to proceed  *in forma pauperis* and vacated the

22   September 26, 2006, findings and recommendations.

23        Due to clerical error, on January 16, 2007, the undersigned issued an order adopting the

24   September 26, 2006, findings and recommendations.  The Clerk entered judgment the same day.

25   ////

26   ////

1

1        Good cause appearing, the court's January 16, 2007, order and the accompanying

2  judgment are hereby VACATED.  <u>See</u> Fed. R. Civ. P. 60(a).   The Clerk is directed to reopen the

3  case.

4  DATED:  January 18, 2007

5                              /s/ David F. Levi
                                 Hon. David F. Levi

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26